178

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Keane Z. OKELLEY, Defendant—**
**Appellant.**

**No. 03–30110.**

United States Court of Appeals,
Ninth Circuit.

June 14, 2005.

Jo Ann Farrington, Esq., USAK—Office
of the U.S. Attorney, Anchorage, AK, for
Plaintiff—Appellee.

Kenneth E. Kanev, Esq., Seattle, WA,
for Defendant—Appellant. D.C. No. CR–
02–00067–RRB.

Before: HALL, KLEINFELD, and
WARDLAW, Circuit Judges.

### ORDER

We remand the sentence imposed in this
case to the district court, without vacating
the sentence, to follow the procedure es-
tablished in the en banc decision of *United
States v. Ameline,*[1] and to consider wheth-
er the sentence would have been material-
ly different in light of *United States v.
Booker.*[2]

---

1. *United States v. Ameline,* 409 F.3d 1073 (9th
Cir.2005) (en banc).

2. *United States v. Booker,* —— U.S. ——, 125
S.Ct. 738, 160 L.Ed.2d 621 (2005).